UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ANDRA B. HARRY,

                                                                                                   JUDGMENT
                                                                                                   04-CV- 0432 (JG)
                     Plaintiff,

  -against-

DEBT ENFORCEMENT BUREAU, INC.,

                     Defendant.
-----------------------------------------------------------------X

      An Order of Honorable John Gleeson, United States District Judge, having been filed on October 24, 2005, adopting the Report and Recommendation of Magistrate Judge Robert M. Levy, dated September 20, 2005, awarding plaintiff $1,000.00 in statutory damages, plus reasonable attorney's fees and costs, pursuant to 15 U.S.C. § 1692k(2)(A); and directing plaintiff to submit appropriate documentation to support her request for attorney's fees and costs on or before October 7, 2005; it is

      ORDERED and ADJUDGED that the Report and Recommendation of Magistrate Judge Robert M. Levy is adopted; that plaintiff is awarded $1,000.00 in statutory damages, plus reasonable attorney's fees and costs.


Dated: Brooklyn, New York
       November 03, 2005

                                                                            s/Robert C. Heinemann
                                                                            ROBERT C. HEINEMANN
                                                                            Clerk of Court

* NOV 7 2005 *
BROOKLYN OFFICE